UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sean Smith<br><br>                  Plaintiff,<br><br>  -against-<br><br>NYC Department of Corrections et al<br><br>                Defendant(s). | 17-CV-06104-WHP<br><br>WAIVER OF SERVICE OF SUMMONS<br><br>UNEXECUTED |

The New York City Department of Correction declines on behalf of the defendants listed below to waive service of the summons and complaint in this case and for each defendant provides a brief explanation as to why service is not being waived.

| **Defendant's name** | **Reason service not waived** |
|---|---|
| **Pain** | **No employee with that name** |
| **Comron** | **No employee with that name** |
| | |
| | |
| | |
| | |

Dated:   November 09, 2017

       York, NewYork         **S/**

                                          Brenda Cooke
                                          Deputy General Counsel
                                          New York City Department of Correction
                                          **718-546-0959**