UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
SEAN SMITH,

        Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF
CORRECTION, *et al.,*

        Defendants.
------------------------------------------------

17cv6104

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, United States District Judge:

        The parties having appeared for an initial conference on February 7, 2018, the following schedule is entered on consent:

    1.    Defendant City of New York is directed to produce relevant incident, use of force, and "unusual incident" reports, and video footage of the incidents underlying this action to Plaintiff by February 16, 2018.

    2.    Plaintiff shall file his amended complaint by March 15, 2018.

    3.    Discovery shall be completed by July 25, 2018.

    4.    A joint pretrial order shall be submitted by September 7, 2018.

    5.    A final pretrial conference shall be held on September 21, 2018 at 10:00 a.m.

        An order referring this matter to the magistrate judge shall follow by separate order of reference on the docket.

Dated: February 7, 2018
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.