UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sean Smith

       Plaintiff,

 -against-

NYC Department of Correction et al

       Defendant(s).

17-CV-06104-WHP

WAIVER OF SERVICE OF SUMMONS EXECUTED

  Under Rule 4(d) of the Federal Rules of Civil Procedure, the New York City Department of Correction agrees on behalf of the defendants listed below to waive service of the summons and complaint in this case, with the understanding that the time for these defendants to answer or otherwise respond to the complaint will be sixty days from the date that this waiver is filed.

**Defendants' Names**

Conyers

Dated: November 09, 2017
    New York, NewYork

s/

Brenda Cooke
Deputy General Counsel
New York City Department of Correction
718-546-0959